IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID B. SLOSSER          CIVIL NO.: 09-3024-HO

    Plaintiff

    v.

COMMISSIONER of          (Proposed) ORDER
Social Security Administration

    Defendant.

Based upon the stipulation of the parties, it is hereby ORDERED that the attorney fees in the amount of $2696.25 and expenses in the amount of $18.96 for certified mailings be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. §1920.

IT IS SO ORDERED this ___ day of February, 2011.

                           _____
                           MICHAEL R. HOGAN
                           UNITED STATES DISTRICT JUDGE

PRESENTED BY:

s/Robert F. Webber
ROBERT F. WEBBER       OSB#711845
BLACK, CHAPMAN, WEBBER & STEVENS
221 Stewart Ave., Suite #209
Medford, OR 97501
    Attorney for Plaintiff

- 1 - ORDER

BLACK, CHAPMAN, WEBBER & STEVENS
ATTORNEYS AT LAW
221 Stewart Ave., #209
MEDFORD, OREGON 97501
Phone: (541) 772-9850 Fax: (541) 779-7430
stevens@blackchapman.com